72802. WALKER v. THE STATE.
72803. CONNELL v. THE STATE.
72804. TURNER v. THE STATE.
72805. SMITH v. THE STATE.
(347 SE2d 307)

DEEN, Presiding Judge.

OCGA § 5-6-35 (a) (1) specifically exempts decisions from the probate court from the requirement of filing discretionary appeals. Such appeals are required to be filed directly with this court. *Copeland v. White*, 178 Ga. App. 644 (344 SE2d 436) (1986). The grant of these discretionary appeals must therefore be dismissed.

*Appeals dismissed. Benham and Beasley, JJ., concur.*

DECIDED JUNE 23, 1986 —
REHEARING DENIED JULY 8, 1986 — 

*Virgil L. Brown, Michael S. Katz*, for appellants.
*Johnnie L. Caldwell, Jr., District Attorney, Paschal A. English, Assistant District Attorney*, for appellee.